UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARIA L. CRUZ,                                             JUDGMENT
                                                           04-CV- 0338 (NGG)
                        Plaintiff,

   -against-


JO ANNE B. BARNHART,
Commissioner of Social Security,


                        Defendant.
-----------------------------------------------------------------X

     An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on March 4, 2005, reversing the Commissioner's decision finding that plaintiff was not disabled prior to May 5, 2001, pursuant to the fourth sentence of 42 U.S.C. § 405(g); remanding plaintiff's claim for further administrative proceedings relating to plaintiff's disability prior to the established date of May 5, 2001; and directing that the Commissioner will also address the issue of reopening the determinations regarding plaintiff's prior applications and rule as appropriate on the issue of reopening; it is

     ORDERED and ADJUDGED that judgment is hereby entered reversing the Commissioner's decision finding that plaintiff was not disabled prior to May 5, 2001, pursuant to the fourth sentence of 42 U.S.C. § 405(g); that plaintiff's claim is remanded for further administrative proceedings relating to plaintiff's disability prior to the established date of May 5, 2001; and that the Commissioner will address the issue of reopening the determinations regarding plaintiff's prior applications and rule as appropriate on the issue of reopening.


Dated: Brooklyn, New York
       May 02, 2005

                                                                                              ROBERT C. HEINEMANN
                                                                             Clerk of Court